UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| CLARK R. HUFFMAN, et al., | : | Civil Action No. 10-cv-5135 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE COMPANY | : | |
| OF AMERICA, | : | |
| Defendant. | : | |

_____

# **O R D E R**

AND NOW, this 20th day of July, 2015, "Plaintiffs' Motion for Leave to File an Amended Complaint" (doc. no. 90) is **GRANTED**. Plaintiffs' proposed amended complaint, attached as Exhibit A to plaintiff's motion, is deemed filed as of the date of this order. A memorandum accompanies this order.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**