UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| CLARK R. HUFFMAN, et al., | : | Civil Action No. 10-cv-5135 |
|             Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : | |
|             Defendant. | : | |

_____

# **O R D E R**

AND NOW, this 20th day of July, 2015, defendant's "Motion for Summary Judgment as to Fiduciary Status" (doc. no. 69) is **DENIED** without prejudice in light of the amendment of the complaint.

                                        BY THE COURT:


                                        */s/ Joseph F. Leeson, Jr.*_____
                                        **JOSEPH F. LEESON, JR.**
                                        **United States District Judge**