UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| CLARK R. HUFFMAN; : | |
| PATRICIA L. GRANTHAM; : | |
| LINDA M. PACE; and : | |
| BRANDI K. WINTERS, *individually and* : | |
| *on behalf of a class of all others similarly situated*, : | |
| : | |
| Plaintiffs, : | |
| v. : | No. 2:10-cv-05135 |
| : | |
| THE PRUDENTIAL INSURANCE COMPANY : | |
| OF AMERICA, : | |
| : | |
| Defendant. : | |

_____

# **O R D E R**

And now, this 30th day of September, 2016, for the reasons set forth in the Memorandum Opinion issued this day, **IT IS ORDERED** as follows:

1. Plaintiffs' Motion for Class Certification, ECF No. 119, is **DENIED**.

2. Plaintiffs' Motion to Exclude the Testimony of Robert D. Willig, ECF No. 125, is **DENIED** as moot.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge