UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARK R. HUFFMAN;<br>PATRICIA L. GRANTHAM;<br>LINDA M. PACE; and<br>BRANDI K. WINTERS, *individually and*<br>on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA,<br><br>Defendant. | No. 2:10-cv-05135 |

# **O R D E R**

**AND NOW**, this 6th day of December, 2017, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. Plaintiffs' Motion for Partial Summary Judgment, ECF Nos. 149-150, is **GRANTED** with respect to Count I and **DENIED** with respect to Count II and Count III.

2. Defendant's Motion for Summary Judgment, ECF No. 151, is **DENIED** with respect to Count I and Count II and **GRANTED** with respect to Count III.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

120617