UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARK R. HUFFMAN; | : | |
| PATRICIA L. GRANTHAM; | : | |
| LINDA M. PACE; and | : | |
| BRANDI K. WINTERS, *individually and* | : | |
| *on behalf of a class of all others similarly situated*, | : | |
| | : | |
| Plaintiffs | : | |
| v. | : | No. 2:10-cv-05135 |
| | : | |
| THE PRUDENTIAL INSURANCE COMPANY | : | |
| OF AMERICA, | : | |
| | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 20th day of March, 2019, in light of changes to this Court's calendar, **IT IS ORDERED THAT** the scheduled hearing on final approval of the settlement scheduled for April 2, 2019, will begin **promptly at 8:45 a.m.** instead of the previously scheduled 9:00 a.m.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

031919