UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| CLARK R. HUFFMAN, BRANDI K. WINTERS, PATRICIA L. GRANTHAM, and LINDA M. PACE, individually and on behalf of all others similarly situated, Plaintiffs, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendants. | No. 2:10-cv-05135 |

_____

# **O R D E R**

**AND NOW**, this 6th day of August, 2020, upon consideration of Plaintiffs' (1) request for leave to reissue five settlement checks, and (2) motion for leave to distribute the remaining settlement funds pursuant to the *cy pres* provision in the Settlement Agreement in this matter, *see* ECF Nos. 198-99, and for the reasons set forth in the Opinion issued on this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' request for reissuance and motion for *cy pres* distribution, ECF Nos. 198-99, are **GRANTED**.

2. The Settlement Administrator is authorized to reissue replacement checks to five class members, Carolyn DeLecour, Phyllis Cruise, Lucille Perkins, Robert G. Dorusinec, and Jacqueline Goldklang, in the amounts set forth in the Pirrung Declaration, submitted along with Plaintiffs' Supplemental Memorandum at ECF No. 199-2.

3. No further requests by class members for reissuance of checks shall be permitted.

4. The balance of the Settlement Funds, totaling $26,241.48 after the five checks are reissued, shall be distributed in equal shares to two non-profit organizations, Pennsylvania Legal Aid Network, Inc. and Justice in Aging.

5. Class Counsel shall docket an appropriate affidavit that these distributions have been completed.

6. This case shall remain **CLOSED.**

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge